FILED

03/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0101

STATE OF MONTANA,

>     Plaintiff and Appellee,

v.

ZACHARY MICHAEL NIELSEN,

>     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 8, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 29 2023